IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00028-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RAFAEL ENRIQUE RUIZ-GARZA,
2.     ROSALVA MOLINA-MOLINA,

       Defendants.
_____

**PROTECTIVE ORDER REGARDING RULE 16 MATERIAL
INVOLVING RECORDINGS**
_____

This matter is before the Court on the Government's Motion for Protective Order for Rule 16 Material Involving Recordings [Docket No. 30] concerning the use, custody, and circulation of Fed. R. Crim. P. 16 material.

For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d) and the All Writs Act, Title 28 U.S.C. § 1651.

As grounds for its request, the government cites concerns for witness safety that could stem from the unauthorized publication, duplication, or circulation of certain materials and specifically requests that the recordings of the confidential informant not be left in the exclusive custody of the defendants.

Being now sufficiently advised in the premises and for good cause shown, it is

ORDERED that the Government's Motion for Protective Order for Rule 16 Material Involving Recordings [Docket No. 30] is granted.  It is further

ORDERED that the audio recordings involving the confidential informant in this matter ("the Audio Recordings"), furnished to the defense in this case, shall be used for official purposes related to judicial proceedings in this case only.  It is further

ORDERED that the Audio Recordings shall remain in the physical custody and control of the defense attorneys who have entered their appearances in this case and/or the employees of such defense attorneys.  The Audio Recordings shall not be left in the exclusive custody of the defendants.  The defendants and other persons assisting the attorneys for the defendants may review the Audio Recordings but such review must be accomplished without violating the rule that the Audio Recordings are to remain, at all times, under the custody and physical control of the attorneys, either personally or through the custody and control of employees of the attorneys to include interpreters.   Unless the attorneys for the defense and the government come to a specific understanding to the contrary, the Audio Recordings disclosed to the defendants, to include disclosure made through the use of electronic media, shall not be copied, reproduced, published, or publicly circulated by the defense without further order of Court or until their use in judicial proceedings, at time of trial, or in official hearings or proceedings related to this case.

In the event the defense and the government agree that certain Audio Recordings should be exempted from the limits otherwise imposed by this Order, they may do so by mutual agreement.  In the event that the defense and the government disagree or are unclear about the meaning or application of this Order with respect to

some document or recording, the parties may bring the issue to the attention of the Court.

At the conclusion of the case, the Audio Recordings shall be returned to the government.

DATED March 7, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge