**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 27, 2011 |
| Court Reporter: Janet Coppock | Time: one hour and one minute |
| Probation Officer: Jan Woll | Interpreter: Ruth Warner |

**CASE NO.  11-CR-00028-01**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Susan Knox |
| Plaintiff, | |
| vs. | |
| **1.  RAFAEL ENRIQUE RUIZ GARZA,** | Martha Eskesen |
| Defendant. | |

**SENTENCING**

**9:08 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00028-PAB-01
September 27, 2011

**Government's Title 18 U.S.C. §3553(a) and §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc #103), filed 9/16/11.**

Argument by Ms. Knox in support of the Government's motion and comments in response to the Court's questions.

Comments by Ms. Eskesen.

Court states its findings.

**ORDERED:** Government's Title 18 U.S.C. §3553(a) and §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc #103), filed 9/16/11, is **GRANTED.**

Court addresses defendant's objections to the Presentence Investigation Report.

**Defendant's Motion for Downward Departure Under USSG §5K2.0 or for Downward Variance Under 18 U.S.C. §3553(a) (Doc #98), filed 9/12/11.**

Court will address the portion of defendant's motion regarding the seizure of defendant's automobile.

Argument by Ms. Eskesen.  Questions by the Court.

Argument by Ms. Knox.

Further argument by Ms. Eskesen and comments addressing sentencing.

Further argument by Ms. Knox and comments addressing sentencing.

Further argument and comments by Ms. Eskesen.

Defendant addresses the Court.

Court states its findings.

**ORDERED:** Defendant's Motion for Downward Departure Under USSG §5K2.0 or for Downward Variance Under 18 U.S.C. §3553(a) (Doc #98), filed 9/12/11, is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Page Three
11-CR-00028-PAB-01
September 27, 2011

Defendant entered his plea on **June 17, 2011** to count **One of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **70** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Arizona**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

Page Four
11-CR-00028-PAB-01
September 27, 2011

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment (Doc #101), filed 9/13/11, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:09 a.m.**   **COURT IN RECESS**

**Total in court time:**   **61 minutes**

**Hearing concluded**