IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00028-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAFAEL ENRIQUE RUIZ-GARZA,

    Defendant.

---

### ORDER
---

This matter is before the Court on defendant Ruiz-Garza's Motion to Dismiss Remaining Counts of the Indictment [Docket No. 101]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss Remaining Counts of the Indictment [Docket No. 101] is granted. Count Two of the Indictment is dismissed as to defendant Rafael Enrique Ruiz-Garza.

DATED September _27_, 2011.

                                                BY THE COURT:

                                                PHILIP A. BRIMMER
                                                United States District Judge